**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br>     vs.                         )<br>                                 )<br>Jo Ann Champion (Pink),          )<br>                                 )<br>          Defendant,             )<br>                                 )<br>and                              )<br>                                 )<br>Independent Financial            )<br>Group, LLC; and                  )<br>Northwestern Mutual,             )<br>                                 )<br>          Garnishees.            )<br>_____) | No. CR-96-0308-PHX-RCB<br><br>O R D E R |

    Currently pending before the court are two nearly identical "Request[s] to Transfer Proceeding to Federal Judicial District Court, San Diego, California[,]" filed on behalf of defendant Jo Ann Champion (Pink) (docs. 27 and 30). Deeming the same to be motions brought in accordance with LRCiv 7.2, the court hereby **ORDERS**:

    (1) plaintiff, the United States of America, to file a

responsive memorandum, if any, within fourteen (14) days of the date of entry of this order; and

    (2) defendant's reply memorandum, if any, shall be filed in accordance with LRCiv 7.2(d).

DATED this 10th day of September, 2012.

                                          Robert C. Broomfield
                                          Senior United States District Judge

Copies to counsel of record
and U. S. Probation Office
for the District of Arizona