**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jo Ann Champion (Pink),<br><br>　　　　Defendant,<br>and<br><br>Independent Financial Group, LLc,<br><br>　　　　Garnishee. | CR 96-0308-PHX-RCB<br><br>**ORDER QUASHING WRIT<br>OF CONTINUING GARNISHMENT** |

　　Upon consideration of the Motion to Quash Writ of Continuing Garnishment filed by the Plaintiff in the above cause,

　　IT IS HEREBY ORDERED that the Writ of Continuing Garnishment issued on or about June 28, 2012, be and the same is hereby quashed.

　　DATED this 11th day of September, 2012.

_____
Robert C. Broomfield
Senior United States District Judge